NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

**v.**

**ANALOG DEVICES, INC.,**
*Appellee*

---

2022-1774

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01559.

---

**ON MOTION**

---

## O R D E R

Upon consideration of appellants' unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

2　　　　　　　　　　　　XILINX, INC. v. ANALOG DEVICES, INC.

(2)　Each side shall bear its own costs.

FOR THE COURT

November 30, 2022　　　　　/s/ Peter R. Marksteiner
　　　　Date　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　　Clerk of Court

ISSUED AS A MANDATE: November 30, 2022